IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ELISE S. FELDMAN
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105
Telephone:  (415) 744-6470
Facsimile:  (415) 744-6476
E-mail:  Elise.Feldman@usdoj.gov

Attorneys for Plaintiff United States of America

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN D. WILLIAMS, TRUSTEE of the JULIA A. FISCHER LIVING TRUST,<br><br>    Trustee Defendant. | **Case No. CV13-01752 ABC (MAN)**<br><br>**[~~PROPOSED~~] ORDER TO ENTER CONSENT DECREE** |

The United States lodged a Consent Decree in this matter with the court on March 12, 2013, ("Consent Decree") pending a 30-day public comment period (Docket No. 3).  On May 6, 2013, the United States informed the court that it received no adverse comments on the settlement and requested that the court enter the Consent Decree as a final order of the court.  For the reasons set forth in the United States' Unopposed Request for Entry of the Consent Decree and for good

1  cause shown, the Consent Decree is approved and shall be a final judgment
2  between and among the United States and John D. Williams, Trustee of the Julia
3  A. Fischer Living Trust under Fed. R. Civ. P. 58.

So Ordered this 8 day of May 2013.

*Audrey B. Collins*

_____
Audrey B. Collins
United States District Court Judge